IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENSUS USA INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 11-1000-SLR/SRF ) |
| NXEGEN, LLC and NXEGEN HOLDINGS, INC., | ) ) ) ) |
| Defendants. | ) |

## O R D E R

At Wilmington this 19th day of July, 2013, having considered the Report and Recommendation of United States Magistrate Judge Sherry R. Fallon issued on June 14, 2013, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 64) is adopted.

2. Defendants' motion to transfer venue (D.I. 10) is denied.

3. Defendants' motion to dismiss (D.I. 10) is denied as moot.

_____
United States District Judge